# United States District Court
## Southern District of Iowa

|  |  |  |
|---|---|---|
| United States of America | ) ) ) | |
| Plaintiff, | ) ) | Case No. 4:26-mj-00047-1 |
| vs. | ) ) | **ORDER OF DETENTION PENDING TRIAL** |
| Lester Rasheed Stackhouse | ) ) | |
| Defendant | ) | |

On  2/2/2026          detention  hearing was  waived  by Defendant orally ☑ in writing ☐

Preliminary Hearing was waived:   orally ☑    in writing ☐    N/A ☐

AUSA  Westphal, APFD Herrold       and  the defendant            appeared.  The Court FINDS:

Defendant waives detention hearing and submits to detention with the understanding he/she will be detained.

Defendant is informed that he/she may request hearing later to review detention status.

There is probable cause to believe defendant has committed an offense as charged:

21:841(a)(1), 841(b)(1)(A) Possession with the Intent to Distribute a Controlled Substance

☐ under 18 U.S.C. § 924(c);

☑ for which the maximum term of imprisonment is 10 years or more, in violation of 21 U.S.C. § 841/846/_____.

☑ Defendant has not rebutted the presumption of detention allowed by 18 U.S.C. § 3142(e).

☐ There is a serious risk defendant will not appear.

☐ There is a serious risk that the Defendant will endanger the safety of another person or the community.

☐ An Immigration Detainer has been lodged.

☐ Defendant is in state custody and appears on a Writ.

The Court has determined that there are no conditions or combination of conditions which reasonably assure the appearance of the defendant  as required and/or the safety of the community or any other person.

The defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

**APPEAL:** Defendant may file an appeal of the detention order to a district court judge.

Date:  February 2, 2026

*Helen C. Adams*
*Judge's signature*

Helen C. Adams, U.S. Magistrate Judge
*Printed name and title*